05-13-468-CV

CAUSE NO. JD-77361-X

FILED IN
5TH COURT OF APPEALS

'14 MAY 29 PM 5: 01

LISA MATZ, CLERK

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | 305th JUDICIAL DISTRICT |
| | § | |
| | § | |
| TIMOTEO ARNOLDO POSADA | § | DALLAS COUNTY, TEXAS |

ORDER

On this day came to be heard Respondent/Appellant's Motion to Waive Costs and Notice of Indigency. After reviewing the file and the arguments of Counsel, the Court makes the following findings and orders:

1. Respondent in this case and Appellant in Cause 05-13-00468-CV is Indigent and is therefore entitled to proceed in his appeal without payment of costs.

2. Respondent/Appellant's Counsel has filed a Designation of Record on Appeal with the Court Clerk and has requested the preparation of the Reporter's Record by delivering a file marked copy of the Designation to the Court Reporter, Pamela Sumler.

Signed: _May 16, 2014_

_____
JUDGE PRESIDING